IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUNRISE EQUITIES CORP.,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **BOSTON MARKET CORPORATION,**<br>　　　　**Defendant.** | **NO. 23-3221** |

## O R D E R

**AND NOW**, this 16th day of February 2024, upon consideration of Plaintiff's uncontested Motion for Summary Judgment (ECF No. 10), said Motion is hereby **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff's Motion is **GRANTED** with respect to its breach of contract claim.  Plaintiff's request for a declaratory judgment that Defendant is in default under the operative lease agreements and that Plaintiff is entitled to liquidated damages is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**